IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE HIGHTOWER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-3206 |
| ANIMAS CORPORATION | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *10th* day of *October*, 2012, upon consideration of the Motion by Defendant Animas to Dismiss Plaintiff Catherine Hightower's Title VII and Equal Pay Act Claims (Docket No. 6), the Response of Plaintiff (Docket No. 8), and Defendant's Reply Brief (Docket No. 9), it is hereby **ORDERED** that the Motion is **GRANTED.**  This case is now closed.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.